# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GENNARO RAUSO,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**ANGELA MARTINEZ, DIRECTOR OF THE OFFICE OF JUDICIAL SUPPORT FOR THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PA, MARY MCFALL HOPPER, DELAWARE COUNTY SHERIFF, FEDERAL NATIONAL MORTGAGE ASSOCIATION, SUNTRUST MORTGAGE, INC., DITECH FINANCIAL, LLC, GREENTREE CONSUMER, DISCOUNT COMPANY, GREENTREE MORTGAGE SERVICING COMPANY, PHELAN, HALLINAN, DIAMOND & JONES, LLP, JOHN DOE TITLE INSURANCE COMPANY, MARK FINLEY, JOSEPH F. FINLEY, LTS ACQUISITION CO., DORIAN MOLINO, CORE ABSTRACT, ADAM H. DAVIS, LTS ACQUISITION COMPANY, AND JOHN DOE AND JANE DOE OCCUPANT(S),**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br>**NO. 17-4721** |

# **O R D E R**

**AND NOW**, this 7th day of April, 2020, upon consideration of Defendant Delaware County Sherriff's Office, Mary McFall Hopper, and Angel Martinez's Motion to Dismiss (ECF No. 66); Federal National Mortgage Association's Motion to Dismiss (ECF No. 70); Suntrust Mortgage Inc.'s Motion to Dismiss (ECF No. 71); Joseph Finley and Mark Finley's Motion to Dismiss (ECF No. 72), and Adam Davis, Joseph Debarberie, Lauren Tabas, Allison Wells, and Phelan Hallinan Diamond & Jones' Motion to Dismiss (ECF No. 79), the Motions to Dismiss are

**GRANTED**.  Plaintiff's complaint as to these parties is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**